UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED
SEP 15 2021
Nathan Ochsner, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER C-21-1164M |
| | § | |
| BRANDON DOMINIC BROWN | § | |

## GOVERNMENT'S MOTION FOR ISSUANCE OF ARREST WARRANT

COMES NOW the United States of America through Jennifer B. Lowery, Acting United States Attorney, and Joel Dunn, Assistant United States Attorney, in and for the Southern District of Texas, and respectfully requests the Honorable Court to issue a warrant for the arrest of BRANDON DOMINIC BROWN, pursuant to a Criminal Complaint filed on September 15, 2021. The Government moves for the defendant's detention without bond.

Respectfully submitted,

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By: _____
JOEL DUNN
Assistant United States Attorney